BROOKLYN CONSOLIDATED LUMBER CORPORATION, Appellant, v. CITY PLASTERING Co., INC., and Others, Defendants, Impleaded with JULIUS ZIZMOR, as Receiver,

and WILLIAM S. SHORENSTEIN, as Attorney, Respondents. (Appeal No. 1.) — Order directing plaintiff to pay counsel fee and receiver's commissions and disbursements and vacating award of costs to plaintiff affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.